IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | Civil Action No. 25-1726 |
| ) | |
| FAMILY DOLLAR STORES OF ) | |
| PENNSYLVANIA, LLC, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM ORDER**

On November 5, 2025, Defendant Family Dollar Stores of Pennsylvania, LLC removed an action filed against it by Plaintiff Tanya Bradley in the Court of Common Pleas of Allegheny County to this Court, predicating subject matter jurisdiction on diversity of citizenship. Defendant states that it is "a corporation with a principal place of business and registered office in Chesapeake, Virginia." However, its name indicates that it is a Limited Liability Company ("LLC"). "[T]he citizenship of an LLC is determined by the citizenship of its members." *Zambelli Fireworks Mfg. Co., Inc. v. Wood,* 592 F.3d 412, 419-20 (3d Cir. 2010). In addition, where one of the members of the LLC named in the complaint is also an LLC, the citizenship of that LLC's members must also be traced to determine the citizenship of the LLC named in the complaint. *Id.* at 420 (citation omitted). The Notice of Removal fails to allege the citizenship of the members of Defendant, an LLC. Therefore, Defendant, the party seeking to invoke this Court's jurisdiction, has failed to establish this Court's subject matter jurisdiction over this action.

AND NOW, this 7th day of November, 2025,

IT IS HEREBY ORDERED that Defendant shall file within fourteen days of this Order an amended Notice of Removal that sets forth sufficient factual allegations to establish diversity of

citizenship among the parties. Failure to comply with this Order will result in a recommendation that this case be dismissed for lack of subject matter jurisdiction.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(A), and Rule 72.C.2 of the Local Rules of Court, the parties are allowed fourteen days from the date of issuance of this Order to file an appeal to the District Judge, which includes the basis for objection to this Order. Any party opposing the appeal shall have fourteen days from the date of service of the notice of appeal to respond thereto.  Failure to file a timely notice of appeal may constitute a waiver of any appellate rights.

s/Patricia L. Dodge  
PATRICIA L. DODGE  
United States Magistrate Judge
